UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

COLONY INSURANCE COMPANY,
a Virginia corporation,

                Plaintiff,           Case No. 1:10-cv-15

v.                                           Hon. Robert J. Jonker

AMERICAN BENEFIT CONCEPTS, INC., a Michigan
Corporation; DONALD JUBERG; JASON JUBERG;
MATTHEW HARPER; ANNE BODNAR; ROBERT
BODNAR; DELPHINE QUIST; DOUGLAS C. BAKER;
RYAN BAKER; GENESIS EQUITY GROUP, LLC, a
Michigan limited liability company, on its own behalf
and doing business as ARMEX MANAGEMENT GROUP;
GENESIS EQUITY PARTNERS, LLC, a Michigan limited
liability company; TRENT FRANKE; DANIEL
VAN SUILLCHEM; CARLOS RUSO; GLOBAL WEALTH
CONSULTANTS, LLC, a Michigan limited liability company;
DIVERSIFIED LENDING GROUP, INC., a California corporation;
AMERICAN EQUITY INVESTMENT LIFE INSURANCE
COMPANY, an Iowa corporation; APPLIED EQUITIES, INC.,
a California corporation; PAUL DRAPER; SHIRLIANN DRAPER;
NEW LIFE CLUB, LLC, an Indiana limited liability
Company; JON WHAN; DOE DEFENDANTS 1-50;

                Defendants.
_____/



Peter B. Kupelian (P31812)
Carol G. Schley (P51301)
Attorneys for Plaintiff Colony Insurance Company
Kupelian Ormond & Magy, P.C.
25800 Northwestern Highway, Ste. 950
Southfield, MI 48075
(248) 357-0000
_____/

**NOTICE OF VOLUNTARY DISMISSAL OF
CERTAIN DEFENDANTS WITHOUT PREJUDICE**

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses, without prejudice, the following Defendants only from the above-captioned action:

1. Genesis Equity Group, LLC, on its own behalf and doing business as Armex Management Group;

2. Genesis Equity Partners, LLC;

3. Global Wealth Consultants, LLC;

4. Diversified Lending Group, Inc.;

5. Applied Equities, Inc.; and

6. New Life Club, LLC.

No answer, responsive pleading or motion for summary judgment has been filed by any of the above-listed Defendants as of the date of filing of this Notice.

Respectfully submitted,

s/ Carol G. Schley
Peter B. Kupelian (P31812)
Carol G. Schley (P51301)
Attorneys for Plaintiff Colony Insurance Company
Kupelian Ormond & Magy, P.C.
25800 Northwestern Highway, Suite 950
Southfield, MI 48075
(248) 357-0000
(248) 357-7488 (fax)

DATE: January 20, 2010

2311-1001/170697

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2010, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

s/ Peter B. Kupelian
Peter B. Kupelian (P31812)
Carol G. Schley (P51301)
Attorneys for Plaintiff Colony Insurance Company
Kupelian Ormond & Magy, P.C.
25800 Northwestern Highway, Suite 950
Southfield, MI 48075
(248) 357-0000
(248) 357-7488 (fax)
